# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

**IN RE:** JOSE DANILO MELENDEZ COLON

AMELIA LOZANO ROLON

Bankruptcy Number: 13-03404-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **04/30/2013**

Days From Petition Date: **31**

910 Days Before Petition: **11/02/2010**

Chapter 13 Plan Date: **04/30/2013** ☐ Amended

This is Debtor(s) 1 Bankruptcy petition.

Payment(s) ☐ Received or ☑ Evidence shown at meeting:

Check/MO# 14-693491099

Date: 5/30/2013  Amount: $ 478.00

First Meeting Date: **05/30/2013 at 3:00PM**

341 Meeting Date: **05/30/2013 at 3:00PM**

Confirmation Hearing Date: **06/28/2013 at 11:00AM**

Plan Base: **$28,680.00**  Plan Docket # **2**

This is the 1 scheduled meeting.

Total Paid In: **$0.00**

---

*APPEREANCES: ☐ Telephone  ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK        Joint Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK

☑ Examined    ☐ Not Examined under Oath          ☑ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☑ Present  Name of Attorney Present: _____ ☐ Pro-se
☑ Creditor(s) Present         ☐ None             (Other than Attorney of Record)

First Bank- Melchor

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:   Attorney of Record: **JUAN O CALDERON LITHGOW***

Total Agreed: **$3,000.00**   Paid Pre-Petition: **$400.00**   Outstanding (Through the Plan): **$2,600.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under ☑ Above Median Income     Liquidation Value: $ 445.00

Commitment Period is  ☐ 36 months  ☑ 60 months §1325(b)(1)(B)    Projected Disp. Inc.: $ 0.00

The Trustee:  ☐ NOT OBJECTS  ☑ OBJECTS  Plan Confirmation  Gen. Uns. Approx. Dist.: ____ %

§341 Meeting  ☐ CONTINUED  ☐ NOT HELD  ☑ CLOSED  ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:

---

[1322(b)(1)] Discriminate unfairly against a designated class.

Debtor proposes to pay the 100% to unsecured claim filed by First Bank, loan number 30-380051093 in which debtor appears as a co-debtor. (Claim #3) Debtor testified that she was the only beneficiary of the loan and her mother only help her for its approval. Debtor must submit a Sworn Statement as to the approval and benefits of the loan. Debtor is jointly ans severally liable of the claim.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtor must submit the first paytubs for October 2012.

[1325(b)(1)(B)] Projected Disposable Income.- Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]

- Unreasonable or unwarranted expenses.

The Trustee objects the expenses listed in Schedule J for the education of a grandson. They explained their grandson has been living with them for six years.

*OTHER COMMENTS / OBJECTIONS

Debtor receives $200.00 of Christmas Bonus and joint debtor receives $600.00 of Christmas Bonus.
Debtor intends to pay in full secured claim to Borinquen Community.
Debtors must submit insurance quote of vehicle to be paid throught the Plan.

/s/ Jose R. Carrion, Esq.        Meeting Date: May 30, 2013
     Trustee

/s/ Mayra Arguelles, Esq.
     Presiding Officer