Certificate Number: 03605-PR-DE-022152456

Bankruptcy Case Number: 13-03404



03605-PR-DE-022152456

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 30, 2013</u>, at <u>2:46</u> o'clock <u>PM AST</u>, <u>JOSE D MELENDEZ COLON</u> completed a course on personal financial management given <u>in person</u> by <u>Consumer Credit Counseling Service of Puerto Rico, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>October 30, 2013</u>  By: <u>/s/Mildred Gonzalez</u>

Name: <u>Mildred Gonzalez</u>

Title: <u>Counselor</u>

Certificate Number: 03605-PR-DE-022152515

Bankruptcy Case Number: 13-03404



03605-PR-DE-022152515

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 30, 2013</u>, at <u>2:52</u> o'clock <u>PM AST</u>, <u>AMELIA LOZANO ROLON</u> completed a course on personal financial management given <u>in person</u> by <u>Consumer Credit Counseling Service of Puerto Rico, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>October 30, 2013</u>  By: <u>/s/Mildred Gonzalez</u>

Name: <u>Mildred Gonzalez</u>

Title: <u>Counselor</u>